UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CORTLANDT STREET RECOVERY CORP., | : | |
| WILMINGTON TRUST COMPANY, as Trustee | : | |
| | : | |
| Plaintiffs, | : | Index No. 12-8686 (JPO) |
| | : | |
| -against- | : | |
| | : | |
| GIANCARLO ALIBERTI, et al. | : | |
| | : | |
| Defendants. | : | |

## **AFFIRMATION**

JARED B. STAMELL, duly admitted to practice law before the courts of the State of

New York, affirms under penalty of perjury:

1.      I am a partner with the law firm of Stamell & Schager LLP, attorneys for

Cortlandt Street Recovery Corp and Special Litigation Counsel to Wilmington Trust Company.

("Plaintiffs").

2.      I submit this affirmation to provide the Court with copies of the following

documents referred to in Plaintiffs' Memorandum in Opposition to Defendants' Motions to

Dismiss.

Exhibit A:      Floating Rate PIK Note Offering Memorandum dated December 18, 2006.

Exhibit B:      Redemption Agreement of EUR 973,657,610 CPECs by Hellas
Telecommunications from the Sponsors dated December 21, 2006.

Exhibit C:      PIK Notes due 2015 No. 1 (€200,000,000), No. 1/144A (€0.00)).

Exhibit D:      Hellas Telecommunications Finance, S.C.A. 2005 Independent Auditor's
Report.

Exhibit E:      Floating Rate PIK Note Indenture dated December 21, 2006.

Exhibit F:    Cayman Islands Exempted Limited Partnership Law (2007 Revision).

Exhibit G:    Cayman Islands Partnership Law (2002 Revision).

Exhibit H:    The BVI Business Companies Act, 2004.

3.    I declare, under penalty of perjury, that the foregoing is true and correct.

WHEREFORE, Plaintiffs request that the Court deny Defendants' Motions to Dismiss and for such other relief as the court deems proper.

Dated:   New York, New York
         April 25, 2013

                                      /s/ Jared B. Stamell_____
                                      Jared B. Stamell